**Juan C. Chavez**, OSB #136428
P.O. Box 5248
Portland, OR 97208
jchavez@ojrc.info
(503) 944-2270

Attorney for Plaintiff Cyrus Sullivan

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| CYRUS ANDREW SULLIVAN, | Case No.  3:19-cv-00995-JGZ |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| MULTNOMAH COUNTY, et al., | |
| Defendants. | |

Pursuant to ORS 17.095, Juan C. Chavez, attorney for Plaintiff Cyrus Sullivan, notifies the Court that this action has been settled pursuant to the terms of a Settlement and Release Agreement, a copy of which is attached hereto as Exhibit 1.

DATED July 31, 2023.

/s/ *Juan C. Chavez*
Juan C. Chavez, OSB #136428
P.O. Box 5248
Portland, OR 97208

Attorney for Plaintiff Cyrus Sullivan